O-send



FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> Michael Moore, <br>     Defendant. | Case No.: CR 92-00315 <br> ORDER OF DETENTION <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central Dist of Cal_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _See PSA report_

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: *July 31, 2015*

Frederick F. Mumm
UNITES STATES MAGISTRATE JUDGE